IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0552-CG-C |
| | ) |
| BALL HEALTHCARE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This cause is before the court on the Unopposed Motion for Leave to Amend Defendant's Answer to the Plaintiff's Complaint (Doc. 37). The court notes that the defendant acknowledges that the motion is being filed outside of the deadline as set forth in the Rule 16(b) Scheduling Order (Doc. 17), construes such to be a request to file the motion to amend out of time, and hereby grants the request.

Upon due consideration of the grounds cited, and because "The court should freely give leave when justice so requires." FED.R.CIV.P. 15(a)(2), and as the defendant further represents that the plaintiff does not oppose the motion, the motion for leave to amend answer is **GRANTED**. The Defendant is directed to file its amended answer **no later than September 2, 2015**.

**DONE and ORDERED** this the 26th day of August, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE