# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHARON WILLIAMSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 14-0552-CG-C ) |
| BALL HEALTHCARE SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

Counsel for the parties notified the Court that this action has settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 22nd day of August, 2016.

/s/ Callie V. S. Granade
**SENIOR UNITED STATES DISTRICT JUDGE**